No. 82–1747.   HAMILTON, ADMINISTRATRIX, ET AL. *v.* STOVER.   Appeal from Ct. App. Ohio, Richland County, dismissed for want of substantial federal question.

No. 82–1751.   MAYNARD *v.* McGUINESS ET AL.   Appeal from Sup. Ct. Mont. dismissed for want of substantial federal question.

No. 82–1776.   S. J. GROVES & SONS CO. *v.* ILLINOIS, ACTING THROUGH ITS DIVISION OF HIGHWAYS OF THE DEPARTMENT OF TRANSPORTATION.   Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 82–6644.   LORTZ *v.* CALIFORNIA.   Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. 82–6614.   SARDOZ ET AL., AS CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF TALAMANTES *v.* KENT NOWLIN CONSTRUCTION CO.   Appeal from Sup. Ct. N. M. dismissed for want of properly presented federal question.

No. 82–1188.   KERREY, GOVERNOR OF NEBRASKA, ET AL. *v.* WOMEN'S SERVICES, P. C., ET AL.   Appeal from C. A. 8th Cir.   Motion of Alan Ernest to represent children unborn and born alive denied.   Motion of Legal Defense Fund for Unborn Children for leave to file a brief as *amicus curiae* denied.   Judgment vacated and case remanded for further consideration in light of *Akron* v. *Akron Center for Reproductive Health, Inc., ante,* p. 416, 442–449.   JUSTICE STEVENS would affirm the judgment.